**No. 63696.**—M. Felkay Co. and F. L. Kraemer & Co. *v.* United States, protests 273898–K and 271962–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiffs was sustained.